1   MICHAEL VERTA
    Defendant, Pro Se
2   6749 Autumnwood Dr
    Nashville, TN, 37221
3
    Telephone: 818.618.7108
4   Email: mike@mikeverta.com
    Email: mverta3@hotmail.com
5

6                   UNITED STATES DISTRICT COURT

7                   CENTRAL DISTRICT OF CALIFORNIA

8

9   BRIGITTE POUBLON and BRIGITTE
    & BOBBY SHERMAN CHILDREN'S
10  FOUNDATION, a California nonprofit
    public benefit corporation,
11                                              Case No. 2:23-cv-03236-HDV-SK
              Plaintiffs,
12                                              Trial Date:     May 21, 2024
              vs.
13
    MICHAEL VERTA, et al,
14
              Defendants.
15

16

17

18

19

20

21

22

23

24        Exhibits in Support of Defendant's Motion for Injunctive Relief

25

26  The following exhibits are offered to support the declarations made in the related

27  Memorandum of Motion for Injunctive Relief.

28

                                    1

1

<u>Table of Contents</u>

2

3    A.    Excerpts from Mike Verta Deposition              4

4    B.    Email First Notice of Jon Laymon Deposition     11

5    C.    Email Scheduling Jon Laymon Deposition          13

6    D.    JL Deposition, Pages 10-12, R2 D2 Build         15

7    E.    JL Deposition, Pages 14-15, Moore Theater       18

8    F.    JL Deposition, Page 19, Ms. Poublon's R2 D2     21

9    G.    JL Deposition, Page 20-21, Proposal and Budget  24

10   H.    JL Deposition, Pages 22-23, Payments            28

11   I.    JL Deposition, Page 25-26, Disassembly          65

12   J.    JL Deposition, Page39-40, Cancellation          67

13   K.    JL Deposition, Pages42-43, Materials            72

14   L.    JL Deposition, Page 43-45, Materials            85

15   M.    JL Deposition, Pages 57-61, Purchases           90

16

17   Respectfully submitted this 23rd day of April, 2024.

18

19   DATED:  April 23, 2024

20

21

22

23                    By: */s/   Michael Verta*

24                        MICHAEL VERTA
                          Defendant in Pro Per

25

26

27

28

# Exhibit A

```
20        Q    Who paid for it?

21        A    We both paid for it.

22        Q    Ms. Poublon didn't pay for it?

23        A    I -- we had money from a few different

24   projects --

25        Q    You didn't take Ms. Poublon's money to buy

                                              Page 35
```

1   that CNC machine?  Are you denying that?

2       A    Again, I -- I don't remember.  We had money

3   coming in from multiple places.

4       Q    Yes, or no?  Did you use Ms. Poublon's money

5   to buy the CNC machine?

6       A    I'm sorry, there's no reason to be yelling at

7   me, sir.

8       Q    The reason that I raise my voice is you're not

9   answering my questions, and I don't have a lawyer here

10  to instruct you.

11           THE WITNESS:  Do you need to take a

12  minute to just calm down?

13           MR. BURG:  No.  I need you to answer my

14  questions.

15  BY MR. BURG:

16      Q    Did you use Ms. Poublon's money to buy the CNC

17  machine?

18      A    I -- I assume that a portion of Ms. Poublon's

19  money was involved in -- of the infrastructure

20  purchases, but I could never say, as it wasn't the case,

21  that that 60,000 went purely for the CNC machine.  I

22  have -- I don't remember that being the case.  I --

23      Q    Didn't you identify that on your financial

24  statement that you provided us?

25      A    Yeah.  Again, 60,000 of the money went for

Page 36

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Exhibit Attachment to Motion for Injunctive Relief
5

```
 1        A    No -- no.  I'm sorry, if you missed --
 2        Q    So, all right.  Let me go on --
 3        A    No -- no -- I'm going to answer the question.
 4        Q    I haven't asked you a question.
 5        A    Oh, you're just pontificating --
 6        Q    Correct.  I'm pontificating.
 7        A    Okay.
 8             THE OFFICER:  Mr. Burg --
 9             THE WITNESS:  I think --
10             THE OFFICER:  Go ahead.
11             THE WITNESS:  I thought you asked me --
12   you said, "This is why you did it"?  Well, it's not why
13   I did it.  I didn't --
14             MR. BURG:  That wasn't a question.
15             THE WITNESS:  Okay.
16             MR. BURG:  You'll know when I ask a
17   question.
18   BY MR. BURG:
19        Q    So what seems to me is that in early-June of
20   2020, you were in a terrible spot, okay --
21        A    No.
22        Q    You had taken $370,000 of your client's money,
23   you had -- I think you had taken it all, but you claim
24   that you gave some of it to John Laymon, you kept a very
25   large amount of it for yourself, and you used some of it
```

Page 144

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Exhibit Attachment to Motion for Injunctive Relief
6

```
 1    dissatisfied client, or an angry client, or had any
 2    problems.  This is all new.
 3             And I apologize for my answers.  I'm not a
 4    lawyer.  I -- I --
 5       Q     You're still going on.  You're still going.
 6    This is exactly what I'm talking about.  I can't get you
 7    to stop talking.  Answer the question and then, stop
 8    talking.
 9       A     Sir, just with respect -- with respect, I
10    don't think it's accomplishing anything to have been
11    yelling at me -- yelling at me --
12       Q     The video will speak for itself whether I was
13    yelling.
14       A     -- for three straight hours.
15       Q     Here is the thing --
16             THE WITNESS:  I've had to turn your
17    volume down twice.  If you need to break to calm down,
18    I'm happy to do it.
19             MR. BURG:  I don't need to calm down.  I
20    need you to answer questions, and then, stop talking.
21             THE WITNESS:  I am answering as well as I
22    possibly can.
23             MR. BURG:  You're answering as long as
24    you possibly can.
25             THE WITNESS:  No, sir, not intentionally.
```

                                              Page 150

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Exhibit Attachment to Motion for Injunctive Relief
7

```
 1   own money to fund the commercial?
 2        A    Your own money?  I mean, I was given a budget.
 3        Q    No.  You got a payment from your client to
 4   produce the commercial, and you kept -- held onto that
 5   money in order to pay.  You had to pay a cameraman, you
 6   had to pay a director, you had to pay talent, you had to
 7   pay writers, you had to pay gaffers, you had to pay --
 8        A    You have been yelling -- you've been yelling
 9   for, like, 7,000 hours.  Can you just -- just --
10        Q    This is how I take a deposition.  You're stuck
11   with me, dude --
12        A    Okay.  I'm just asking.
13        Q    So this is what it is.
14        A    That's all I can do is ask -- yell --
15        Q    Okay.  I'm sorry.  Because you're giving me a
16   lot of pablum, and I don't like it when people BS me on
17   the record, and you're BS-ing me.  When was the last
18   time you had to spend more than --
19        A    I don't recall --
20        Q    $20,000 on materials for a -- for any film?
21        A    I'm sorry, I don't recall.
22        Q    How about $10,000?
23        A    I don't recall.
24        Q    Are you lying about your recollection?
25        A    No, I'm not --
```

Page 268

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Exhibit Attachment to Motion for Injunctive Relief
8

```
 1        Q    Because if you are --

 2        A    -- I'm an artist, I'm a creative.  I go under

 3   this space.

 4        Q    Yeah.  But that space is called perjury.  If

 5   you actually recall and you are telling me you don't

 6   recall -- and I am not afraid to push those charges.  So

 7   answer my questions honestly, Mr. Verta, or you're going

 8   to get yourself in even more of a world of hurt than

 9   you're already in.

10        A    I'm sorry.  You can threaten me all you want.

11   I have nothing --

12        Q    When was the last time you had to spend more

13   than four figures on materials for any project?

14        A    Four figures?  What's that?  Like, 1,000 four

15   figures?

16        Q    No, four figures is up to $9,999.

17        A    On materials for a project?

18        Q    Correct.  You.

19        A    Well, Travers.  Or -- or Chuck Whittall's

20   garage.  Jeez, that was tons.

21        Q    Okay.  And so, how are those -- those

22   materials were paid out of the money you got from the

23   client; correct?

24        A    Right.

25        Q    Okay.  But you weren't able to do that here
```

Page 269

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Exhibit Attachment to Motion for Injunctive Relief
9

# Exhibit B

# Exhibit B.

| | |
|---|---|
| **Subject:** | RE: Veritext Virtual Invitation \| Poublon, Brigitte v. Verta, Michael \| 1/17/2024 \| 6376782 \| Mr. Jon Laymon |
| **Date:** | Tuesday, January 16, 2024 at 2:48:44 PM Central Standard Time |
| **From:** | David Burg |
| **To:** | Michael Verta |
| **CC:** | Janet Robertson |
| **Priority:** | High |
| **Attachments:** | image001.jpg |

Mike,

I just tried to call you but your VM is full.

It looks like we may have screwed up and neglected to notify you of our deposition of Jon Laymon.

If that's the case then we'll give you proper notice of a mutually-convenient date and move the depo.

Please get back to me asap.

Thanks,

David

David L. Burg



Mandavia Ephraim ✦ Burg LLP

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error then please notify the sender by reply email and delete the message and any attachments. Thank you.

---

**From:** David Burg
**Sent:** Tuesday, January 16, 2024 3:12 PM
**To:** Michael Verta
**Cc:** Janet Robertson
**Subject:** FW: Veritext Virtual Invitation \| Poublon, Brigitte v. Verta, Michael \| 1/17/2024 \| 6376782 \| Mr. Jon Laymon

Hi Mike,

# Exhibit C

# Exhibit C.

**Subject:** RE: Notice of Depo of Jon Laymon
**Date:** Tuesday, January 16, 2024 at 6:36:19 PM Central Standard Time
**From:** David Burg
**To:** Mike Verta
**CC:** Janet Robertson
**Attachments:** image001.jpg, image002.jpg

Mike,

Laymon now says he's tied up next week but is free this Friday (Jan 19).

I have a court hearing in another case that morning but could start at 11am PT / 2pm ET.

Would that work for you?

Thanks,

David

David L. Burg



Mandavia Ephraim ✚ Burg LLP

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error then please notify the sender by reply email and delete the message and any attachments. Thank you.

**From:** Janet Robertson
**Sent:** Tuesday, January 16, 2024 6:06 PM
**To:** Mike Verta
**Cc:** David Burg
**Subject:** Notice of Depo of Jon Laymon

# Exhibit D

## Exhibit D.

8      Q.   Okay.  And what role did Mr. Verta play in your
9    construction of the R2-D2, if any?
10     A.   He would talk about what parts he wanted to
11    work on for that day.  That's really it.



Mr. Verta manufactured all parts (aluminum) for R2-D2 from his CAD files in Los Angeles prior to meeting
Mr. Laymon. Here, Mr. Verta sands R2's dome in the shower at his home in Los Angeles.




Mr. Verta's prepared parts, now having been shipped to Mr. Laymon's shop in Florida.





Mr. Verta doing bodywork and polishing R2's inner dome.




Mr. Verta mounting R2's electronics and dome drive mechanism.

Exhibit Attachment to Motion for Injunctive Relief



Mr. Verta fitting R2's vent details.



Mr. Verta pouring R2's clear resin
"logic processors" as Mr. Laymon looks on.





Mr. Verta assembling R2's dome.





Mr. Verta testing his R2's drive motors.

Exhibit Attachment to Motion for Injunctive Relief

# Exhibit E

**Exhibit E.**

| 18 | Q. What was your next interaction with Mr. Verta |
| 19 | after -- after the TARDIS work? |
| 20 | A. He had a job doing a Disneyland. |
| 21 | Q. And that's the project for Brigitte Poublon in |
| 22 | Encino, California, that we're talking about today? |
| 23 | A. Yes. |



Mr. Laymon is lying. After the "TARDIS" project and before the "Disneyland" project, Mr. Verta returns to Florida to help design and construct the "Moore Star Wars Theater." Mr. Verta is taking all photos in which he is not pictured.



Note Mr. Laymon and Mr. Verta are already wearing their "Laymon-Verta" shirts, the partnership having been formed during the TARDIS project.



Mr. Verta's "Tantive Door," Millennium Falcon door handle and Millennium Falcon details.

Exhibit Attachment to Motion for Injunctive Relief
18



# Exhibit F

**Exhibit F.**

```
 1      Q.   Okay.  When Mr. Verta first approached you
 2   about the Disneyland Main Street project, do you recall
 3   where you were when you had the first conversation with
 4   him about it?
 5      A.   At my house.
 6      Q.   And to the best of your recollection and
 7   understanding -- nobody can remember details of
 8   conversations from yesterday, much less years ago, but
 9   to the best of your recollection, in substance, what did
10   Mr. Verta tell you about this project?
11      A.   He told me there's a -- oh, I'm losing my
12   contact.  Hold on.
13           He told me there's a Disneyland one-fifth scale
14   that was built 46 years ago and could possibly be
15   rebuilt.
16      Q.   Did he tell you who the client or clients were?
17      A.   I don't recall.  I think he said it's one of
18   his clients he's had for years or worked for for years.
19   I didn't know at the very beginning.
20      Q.   Do you have any -- do you know what year?  Do
21   you have an estimate of what year you first heard about
22   the Disneyland Main Street project?
23      A.   Towards the end of 2019, I believe.
```

**More lies. Mr. Laymon already knew Brigitte Poublon - in May 2019 she had inquired about us building an R2-D2 for her, prior to her asking us to restore Disneyland.**



18:00

← Jon Laymon ⌄

Friday, May 31, 2019 • 16:14

I just got a call from Ted. ....

Friday, May 31, 2019 • 16:14

Speaking of money, Brigitte asked about artoo-detoo and I said definitely looking like a November build. Still think so?

Yes

Okay. She asked if we needed a deposit to hold the date and I said yes but we don't need it immediately

Unless we need it immediately?

No

Saturday, Jun 1, 2019 • 19:03

Your router just sent me a log. Your internet is under a denial of service attack on several ports. Who is doing what online right now? Dylan or Alex? Xbox? What's going on

I would like to try to catch it in the

+ Message Jon

# Exhibit G

**Exhibit G.**

```
 5        Q.    And, Mr. Laymon, if you could take a look at
 6    Exhibit 1, take as much time as you would like.  My
 7    first question will be whether you have ever seen this
 8    document before.
 9        A.    And what's the question?
10        Q.    Whether you have ever seen this document
11    before.
12              If you could look on the second page, it
13    purports to be signed by you and Mr. Verta.  And so my
14    question is whether you have ever seen this before?
15        A.    Not until this lawsuit.
16        Q.    Okay.  So back when you first -- so you were
17    not aware that Mr. Verta had sent this proposal to
18    Brigitte Poublon, the owner of the Main Street project?
19        A.    No.
20        Q.    Did you discuss with Mr. Verta -- when you
21    first learned about this possible project, did you
22    discuss with him what he ought to quote in terms of a
23    price?
24        A.    We talked about it, yes.
25        Q.    And what do you recall about those
```

Page 20

**Lies. First, the Disneyland project's scope, general schedule and budget were already approved following a video proposal (in evidence) made on August 19, 2019, prior to the drafting of this document, which was merely a requested formality after the fact. Mr. Laymon was in the room when that video was made, and present immediately after when Ms. Poublon called to approve the project and budget.**

Exhibit Attachment to Motion for Injunctive Relief

24

However, with respect to the document in question which Mr. Laymon says he was not aware of "until this lawsuit", Mr. Laymon saw every iteration of that document, including its presentation in scroll form to Mr. Sherman. Mr. Laymon's texts from December 20, 2019:



**Mr. Laymon was aware of every detail of the Disneyland project proposal at all times.**

```
20        Q.   Did you discuss with Mr. Verta -- when you
21   first learned about this possible project, did you
22   discuss with him what he ought to quote in terms of a
23   price?
24        A.   We talked about it, yes.
25        Q.   And what do you recall about those

                                              Page 20

 1   conversations?
 2        A.   That there were a lot of factors that would
 3   need to come into before we even came up with a number.
 4        Q.   So did you know that he actually quoted this
 5   $400,000 price turnkey?
 6        A.   No, not until after.
 7        Q.   After meaning once this lawsuit -- in the
 8   context of this lawsuit, that's when you found out about
 9   it?
10        A.   No.  He told me that he had a Disney job and
11   it's around 400.
```



In fact it was Mr. Laymon who provided the initial estimate for Disneyland, which he did more than two weeks before the official proposal video was presented to Ms. Poublon.

Exhibit Attachment to Motion for Injunctive Relief

# Exhibit H

**Exhibit H.**

```
17    Q.   At some point, did you come to know that
18  Ms. Poublon had agreed to hire Mr. Verta to reconstruct
19  the Disneyland project?
20    A.   Yes.
21    Q.   Do you know when you learned that in
22  relationship to the time you first heard about the
23  project?
24    A.   I do not recall, no.
25    Q.   Are you aware that Ms. Poublon has paid

1   Mr. Verta $370,000 towards this project?
2     A.   No.
3     Q.   Are you aware that Ms. Poublon has paid
4   Mr. Verta anything on account of this project?
5     A.   Yes.
6     Q.   What is your knowledge about Ms. Poublon's
7   payments -- payment or payments in connection with the
8   project?
9     A.   Mike would tell me that he's getting a check
10  from Brigitte.
```

Mr. Laymon knew the running total of payments at all times, as indicated
by his accurate calculation of the remaining amount due in December 2020.



○ Jon Laymon ☆

**Mike Verta**                                                12/4/2020 06:17
Currently, you owe me $15k - Chuck gave us 40, which is 20 each, minus 5 for the
driveway. I got Brigitte to send us 50k towards Disneyland, so KEEP my 15, and if we g
any money from Chuck this month for Glasshouse/Carmel/Garage, hold back another 1
to make your 25k. Otherwise I'll just send you 10k.

**Jon Laymon**                                                12/4/2020 06:18
So does that mean Brigitte only owes 10 K on Disneyland?

**Mike Verta**                                                12/4/2020 06:18
Something like that.

On the following pages are the individual payment bank records,
relevant documents, and Mr. Laymon's communications
indicating his precise knowledge of when they were,
how much they were, and what they were for. Every statement
Mr. Laymon has made regarding the Disneyland project is
perjured.

Exhibit Attachment to Motion for Injunctive Relief

1st Payment





**LAURA B LOVE SOLE PROP**  |  Account #　　　　　|  September 1, 2019 to September 30, 2019

## Check images
**Account number:**
Check number: 1001  |  Amount: $30,000.00

Jon's check for 30k Disneyland deposit, wrapped as a gift in a silly birthday envelope.

Screen capture from video of Jon's Birthday, 9/18/2019





Exhibit Attachment to Motion for Injunctive Relief
31



P.O. Box 15284
Wilmington, DE 19850

LAURA B LOVE SOLE PROP
DBA TL CONSULTING



## Business Advantage

### Customer service information

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for September 1, 2019 to September 30, 2019

**LAURA B LOVE SOLE PROP     DBA TL CONSULTING**

Account number: 

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2019 | |
| Deposits and other credits | |
| Withdrawals and other debits | |
| Checks | -30,000.00 |
| Service fees | |
| **Ending balance on September 30, 2019** | |

# of deposits/credits: 2

# of withdrawals/debits: 18

# of Items-previous cycle[1]: 2

# of days in cycle: 30

Average ledger balance: $39,904.65

[1]Includes checks paid,deposited items&other debits

# 2nd Payment

○ **Jon Laymon** ☆



**Jon Laymon**                    Jump to latest ↓                    12/17/2019 06:32 AM
How'$ it going with Brigitte, doe$ $he $eem excited and all on board for thi$ next month?

**Jon Laymon** shared a file                                        12/17/2019 06:32 AM



**Mike Verta**                                                      12/17/2019 06:35 AM
I'm in a 24 hour shitstorm of work - this is why I'm still up at 4:30 am.  I'm determined to
get work on the shop in, but the big Brigitte Christmas party is this Saturday and so
everything is in a constant, near-panic, Defcon 5 Red Alert meltdown.  I'm doing damage
control, IT, writing dozens of speeches, have to give a presentation myself at the event,
while also trying to Christmas shop, research 1000 things for us, etc. Still, I've brought it
up a few times and she's said how excited she is, and especially how excited John Stamos
is about it (? whatever), so I'd say we're good.

**Jon Laymon**                                                      12/17/2019 06:39 AM
Yes I know exactly how that is. I have to be over at Tim's house Thursday all day, it's early
release for the kids this week and Stacy works from 8 AM to 8 PM all this week, so I get
up at 4:00 come down and try to get some work done on that bathroom, try to organize
the shop, still have to Christmas shop, that's why I was asking about Brigitte because I
was going to head out and do a little shopping

Hopefully will have a nice big exhale in January

Exhibit Attachment to Motion for Injunctive Relief
34

**Mike Verta**                                           12/22/2019 08:09 AM
Something in that world.

**Mike Verta**                                           12/22/2019 08:15 AM
..Unless... you have a better idea?

**Jon Laymon**                                           12/22/2019 08:19 AM
I think that's a good idea, I don't know if you have a Michael's or a hobby lobby near you,
but they have a bunch of different finial ends, i use those to build the different parts of
the telescope and you can combine a couple different ones together so nobody can look
at that and say oh that's a curtain rod and that's a good idea just throwing it out there

**Mike Verta**                                           12/22/2019 08:19 AM
Got a Michael's 5 blocks away.

**Jon Laymon**                                           12/22/2019 08:19 AM
But if you're crunched for time that your best bet just buy the curtain rods and finials that
way they all match the stain stain

**Mike Verta**                                           12/22/2019 08:20 AM
Stain-matching was sort of my thinking, yep.

**Jon Laymon**                                           12/22/2019 08:21 AM
I'd go with the curtain rods and finials then, it's quick and won't take too much attention
away from the scroll, you go to Michael's now you got a buy paint or stain and create
more work for yourself

**Mike Verta**                                           12/22/2019 08:22 AM
More work never, ever, dissuades me. It's the time I'm mostly thinking of. Gotta get her
this tomorrow. So I was thinking rods, a little glue, and a ribbon to tie it up, done.

**Jon Laymon** shared a file                             12/22/2019 08:23 AM



Exhibit Attachment to Motion for Injunctive Relief
35



23:19

← Jon Laymon ⌄

12/27/19 ▾

Now that Bobby's on board and it's all secure, I need to have the conversation with her about our money distribution. It's just the last 3 days we've been managing a crisis in Ghana and eventually at 3 in the morning last night had to have police over there to fire a guy and get him off the property and do a bunch of shit it's been a lot of drama.

Yeah I remember you saying there was a crisis in Ghana didn't wanna pry I figure somebody's raping everybody over there, glad all that's taken care of, I was figuring we would tear down Disneyland and get deposit before we left, that was my thought process, not really the deposit but a payment you know what I mean, then I figured since we got the truck we could swing by your storage unit maybe grab some speakers, Because you know I can't work without music



Exhibit Attachment to Motion for Injunctive Relief

37



**Bank of America**          **Funds Transfer Request Authorization (FTRA)**

**Customer Information**

| Name: | TL CONSULTING | | Address: | |
|---|---|---|---|---|
| Phone: | | | | |

**Account Information**

| Account: | BUS_0990 |
|---|---|
| Account Title: | LAURA B LOVE SOLE PROP DBA TL CONSULTING |
| Requestor Name: | LAURA LOVE |

**Wire Information**

| Wire Type: | DOMESTIC | | Wire Date: | 01/23/2020 |
|---|---|---|---|---|
| Country: | US | | Wire Amount (USD): | 100,000.00 |
| Currency of Recipient Account: | USD | | Wire Fee: | 30.00 |
| Source: | IN PERSON | | | |
| ID Verification/Type: | U.S. DRIVER'S LICENSE (WITH OR WITH | | | |
| ID Verification/Type: | BANK OF AMERICA DEBIT CARD, ATM CAR | | | |

**Recipient Information**

| Recipient Name: | JON LAYMON STUDIOS | Bank Name: | MAINSTREET COMMUNITY BANK OF FLORIDA |
|---|---|---|---|
| Account Number Type: | ACCOUNT NUMBER | Bank ID: | 063115505 |
| Account Number: | | Address: | |
| Address: | CLERMONT FLORIDA US | | |

| Information about payment: | | |
|---|---|---|
| Purpose of Payment: | OPERATING EXPENSES | Additional Phone Advice: |
| Additional Reference Information: | DISNEYLAND | Additional Bank Instructions: |

**Customer Approval**

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such ~nsfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire ' accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America.



Exhibit Attachment to Motion for Injunctive Relief

39



**BANK OF AMERICA**

Your checking account

LAURA B LOVE SOLE PROP  |  Account #  |  January 1, 2020 to January 31, 2020

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 01/13/20 | Counter Credit | 125,000.00 |
| 01/13/20 | Counter Credit | 75,000.00 |

**Total deposits and other credits**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/23/20 | WIRE TYPE:WIRE OUT DATE:200123 TIME:1523 ET TRN:2C20012300568785 SERVICE REF:013208 BNF:JON LAYMON STUDIOS ID:     BNF BK:MAINSTREE T COMMUNITY BA ID:063115505 PMT DET:HV9Q2XBTQ Oper ating expenses DISNEYLAND | -100,000.00 |

continued on the next page

3rd Payment



○ **Jon Laymon** ☆

we have one yet?

Jump to latest ↓

**Mike Verta**                                                            3/16/2020 05:01 PM
We just have to see what's next.  But if California goes to martial law our priority is to
simply get out of the state asap

**Mike Verta**                                                            3/16/2020 05:41 PM
Just got this from Brigitte:

"Mike my portfolio took a dive, I am scraping.  I can only do  maybe 35,000 a month
making Payments."

**Jon Laymon**                                                            3/16/2020 05:42 PM
Oh shit

$17,500 each.... per month....

**Mike Verta**                                                            3/16/2020 05:44 PM
It's just info. Nothing to do with that data yet.

**Jon Laymon**                                                            3/16/2020 05:45 PM
That would mean in 6.8 months she would have paid off 240,000

**Mike Verta**                                                            3/16/2020 05:47 PM
Very little ever happens linear like that. Just store that data. However, the volatility of all
these situations is why I want to have that meeting with Mike and Rick, and why we want
to be moving forward with advertising, because our clients will always be possessed of
disposable income, and what we do is precisely what people turn to when things go
south.

**Mike Verta**                                                            3/16/2020 05:55 PM
Seriously, do not catastrophize. Just keeping you apprised. We have plenty of power and
options.

Message



○  **Jon Laymon**  ☆

to get the shop squared away so we have room to produce income

**Jump to latest** ↓

Tue, Mar 17, 2020

**Mike Verta**                                                                                 3/17/2020 01:17 PM
Daniel Deutsch has been pitching Brigitte on a hugely expensive miniature of the electric light parade.

**Jon Laymon**                                                                                 3/17/2020 01:20 PM
Make sure she knows she doesn't have to go anywhere else, we can do everything. Besides Danyal would probably try to have me build this for him

**Mike Verta**                                                                                 3/17/2020 01:21 PM
I'm taking him out

**Mike Verta**                                                                                 3/17/2020 02:27 PM
Daniel's done.

**Jon Laymon**  shared a file                                                                  3/17/2020 02:28 PM

Wed, Mar 18, 2020

Message



○ **Jon Laymon** ☆

**Mike Verta**                                                                 3/31/2020 12:23 PM
Oh shit!

**Mike Verta**                                                                 3/31/2020 02:03 PM
CNC delivering this coming Monday, 4/6, between 11am-12noon

**Jon Laymon**                                                                 3/31/2020 02:05 PM
Do they have a punch out list, I know I need 220 and 110 and airline is that it?

**Mike Verta**                                                                 3/31/2020 02:08 PM
Get in contact with our guy over there to be absolutely sure of what you need.

**Jon Laymon**                                                                 3/31/2020 03:36 PM
They have officially closed Stacy down for who knows how long, It would really make me
feel comfortable if I could have the other half of the check Brigitte gave us wired into my
account, Thanks man.
The lull will be delivered at 9 AM on Monday and picked up at 5 PM on Monday

**Mike Verta**                                                                 3/31/2020 03:36 PM
Yeah totally of course.

Just give me your bank info and I'll set up a transfer

**Jon Laymon**                                                                 3/31/2020 03:39 PM
Oh shit, Stacy just got a text from Laura Beth, What's going on with your grandmother

**Mike Verta**                                                                 3/31/2020 03:39 PM
Not really sure. Waiting on more info. She might be coming down with a case of the
death.

**Jon Laymon** shared a file                                                   3/31/2020 03:40 PM

Message

Exhibit Attachment to Motion for Injunctive Relief
44



Exhibit Attachment to Motion for Injunctive Relief



**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 17, 2020 through April 15, 2020
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00262951 DRE 021 219 10720 NNNNNNNNNN 1 000000000 11 0000
MICHAEL VERTA III



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | |
| Deposits and Additions | |
| Electronic Withdrawals | |
| Fees | |
| Ending Balance | |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | |
| 03/18 | Deposit 1082737347 | 40,000.00 | |
| 04/02 | 04/02 Domestic Wire Transfer Via: Mainstreet Com Bk/063115505 A/C: Jon Laymon Imad: 0402B1Qgc05C00173S Tm: 8127620092Es | -20,000.00 | |
| 04/02 | Domestic Wire Fee | -35.00 | |
| | Ending Balance | | |

A monthly Service Fee was not charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have direct deposits totaling $500.00 or more.
  (You did not have a direct deposit this statement period)

- OR, keep a minimum daily balance in this checking account of $1,500.00 or more
  (Your minimum daily balance was $3,600.00)

- OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more
  (Your average daily balance of qualifying linked deposits and investments was $32,251.50)

Page 1 of 2

 CamScanner

4th Payment



○ **Jon Laymon** ☆   📹 ▾ 📞 ⋮ ↤

I'm connected

[ Jump to latest  ↓ ]

**Mike Verta**                                    4/27/2020 05:34 PM
Man.. I need your bank info again.  I have to send you your 5K from the last check.

**Jon Laymon**                                    4/27/2020 05:46 PM
Acc # ▬▬▬▬
Rout # 063115505

▬▬▬▬▬▬

**Mike Verta**                                    4/27/2020 05:51 PM
Perfect

**Jon Laymon**                                    4/27/2020 06:00 PM
Speaking of perfect, Alex just made strawberry mochi it's fantastic

**Mike Verta**                                    4/27/2020 06:06 PM
Mochi's awesome

**Mike Verta**                                    4/27/2020 09:08 PM
Is that a personal checking account

?

Tue, Apr 28, 2020

**Jon Laymon**                                    4/28/2020 05:32 AM
Jon Laymon studios

**Mike Verta**                                    4/28/2020 05:39 AM
Well, it might've worked anyway.  Keep on the lookout for two small deposits to that account.  I'll just need to know the amounts when they happen.  This will allow me to easily transfer money in the future.

✒ 📎 ☺ GIF ⊘ 🗓 ⊟ >_

Message                                              ✈

Exhibit Attachment to Motion for Injunctive Relief



**Jon Laymon** ☆

**Mike Verta**                                                              4/28/2020 03:30 PM
Please remember to keep an eye out for two small deposits to your bank account

**Jon Laymon**                                                             4/28/2020 03:30 PM
I just checked an hour ago, I'll check now

FaceTime me if you can

**Jon Laymon**                                                             4/28/2020 03:33 PM
Nothing yet in acc

**Wed, Apr 29, 2020**

**Jon Laymon** shared a file                                              4/29/2020 05:39 AM

Pending

JPMORGAN CHASE CRDT ACH ENTRY ME...   +$0.50

JPMORGAN CHASE CRDT ACH ENTRY ME...   +$0.11

JPMORGAN CHASE DEBIT ACH ENTRY ME...   $0.61

**Jon Laymon**                                                             4/29/2020 05:39 AM
Acc transfer ....

**Jon Laymon**                                                             4/29/2020 07:30 AM
We have suction! Even their big thick bag inside the vacuum in the base works now I put a
whole Nother layer of silicone over everything last night to make sure it was 100% sealed
watertight. connected it up this morning and it sucked the bag to the bottom like it
supposed to awesome!
That would fall under user error, I did not have it 100% silicone sealed

Message

Exhibit Attachment to Motion for Injunctive Relief
49



**CHASE O**

April 16, 2020 through May 15, 2020
Account Number:

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | |
| 04/20 | Deposit   1935555984 | 10,000.00 | |
| 04/29 | 04/29 Online Transfer 9524325379 To Jon Laymon ###0404 Transaction #: 9524325379 | -5,000.00 | |
| | Ending Balance | | |

A monthly Service Fee was not charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have direct deposits totaling $500.00 or more.
  (You did not have a direct deposit this statement period)

- OR, keep a minimum daily balance in this checking account of $1,500.00 or more
  (Your minimum daily balance was $23,565.00)

- OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more
  (Your average daily balance of qualifying linked deposits and investments was $32,792.02)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

 CamScanner

Exhibit Attachment to Motion for Injunctive Relief
50

5th Payment





○ **Jon Laymon** ☆

**Mike Verta**                                                    5/19/2020 08:20 PM
Fingers crossed

[ Jump to latest  ↓ ]

──────────── **Wed, May 20, 2020** ────────────

**Mike Verta**                                                    5/20/2020 09:36 AM
Transferred the 5k.  Scheduled for today, says can be delivered as late as two days from now.

**Mike Verta**                                                    5/20/2020 09:39 AM
Back in February, we ordered two test strips of the LED strips - a 4000k and a 5000k.  We tried both, right?  You have them both there?

**Jon Laymon**                                                   5/20/2020 09:43 AM
Yes we did try both yes they are still attached on the wall inside the paint booth

It's like 110° here, I've been outside now for two hours with a 4000° torch cutting up the metal frame that the CNC came on and cutting up the doors that used to be on the shop with the Pink Floyd logo. Needless to say I'm fucking hot!

How the fuck can I be so fat when I sweat like a greased pig out here

**Mike Verta**                                                    5/20/2020 09:44 AM
STROMBOLLLLLLLLLLLLLLLLLLLLLLLLLI

So, before I pull the trigger on $3,300 of LED strips, we like the 4000K?

**Jon Laymon**  shared a file                                    5/20/2020 09:45 AM

A̸  ⌀  ☺  GIF  ⊘  ☐  ⊟  ⌨

| Message                                                    ⟋



**CHASE** ◯
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 16, 2020 through June 15, 2020
Account Number:

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00035484 DRE 021 141 16820 NNNNNNNNNNN T 1 000000000 11 0000
MICHAEL VERTA III



## We updated the Funds Availability Policy in the Deposit Account Agreement

We increased the minimum amount of funds that we make available to you the next business day when you deposit a check. For more information, please see the Funds Availability Policy in the Deposit Account Agreement at chase.com/disclosures.

Please call the number on your statement if you have questions. We accept operator relay calls.



**CHECKING SUMMARY**   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| Ending Balance | |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | |
| 05/20 | 05/20 Online Transfer 9640758363 To Jon Laymon ███ Transaction # 9640758363 | -5,000.00 | |



| | 7963 | | |

Page 1 of 4



6th Payment



**Jon Laymon**

**Mike Verta**                    11/11/2020 08:58 AM
Seconds.

**Mike Verta**                    11/11/2020 10:22 AM
You guys doing something to celebrate?

**Jon Laymon**                    11/11/2020 10:24 AM
Indian food

**Mike Verta**                    11/11/2020 10:25 AM
Ok I can see that.

Well if it makes it any sweeter, I have $5,000 for you. Brigitte sent us 10 against
Disneyland

**Jon Laymon**                    11/11/2020 10:38 AM
Oh my god that's fantastic! That will so help me out! Thank you thank you thank you

**Mike Verta**                    11/11/2020 10:40 AM
We should have the next Whittall deposit soon, as well, and then that should be monthly,
and if we don't get it each month according to the schedule, work stops until we do.

**Jon Laymon**                    11/11/2020 10:41 AM
Agree. Where were you shooting?

Exhibit Attachment to Motion for Injunctive Relief
56





○  **Jon Laymon**  ☆

**Jon Laymon**                                          11/12/2020 03:59 PM
It fits                    Jump to latest  ↓

Well that's good to know. That's some good news

If we're redoing the street and having that report concrete we can have them clear out
and pour a slab for the castle as well all in one motion

**Mike Verta**                                          11/12/2020 04:00 PM
Right

We just need to give her a budget ASAP for that castle. My assumption is if I sell it to her
this way, we can do it as faux stone just like the original, only better than the original, cuz
the original looks like faux stone.

**Jon Laymon**                                          11/12/2020 04:02 PM
When you say faux stone, are you meaning sculpted concrete in place, or fiberglass stone
painted here in the shop.

**Mike Verta**                                          11/12/2020 04:04 PM
I would imagine fiberglass stone, or whatever but maybe it's something in the fiberglass so
it's stone? Or feels like stone? Or something I don't know. I mean I'm not crazy about the
idea of doing anything on site. Unless it has to be that way. I just don't want it to be faux
looking or feeling. People are going to be right up on it. I don't know if there's some sort
of hybrid where you can just do a layer of something on the top but remember it's
California with earthquakes.

**Jon Laymon**                                          11/12/2020 04:07 PM
Just thinking out loud, we could Sculpt the whole thing lay fiberglass over top then we
could rhino guard the entire thing. I don't know if you remember but we can make it really
thick in areas really thin in areas trowel out in some areas to give it a smooth to lumpy
texture. That also would seal it against anything and everything and it's flexible for the car
ride up as well as earthquakes it's fucking rhino guard it's bulletproof.... literally

Aa   🖉   ☺   GIF   ⊘   🗓   🗎   ⌄

| Message |

Exhibit Attachment to Motion for Injunctive Relief
58

Text message with Tracy Durrance, Vice President and Branch Manager of Mainstreet Community Bank of Florida





2914 Woodland Blvd • DeLand, FL 32720 • Phone 386.734.5910 • Fax 386.785.1196
1500 N. Spring Garden Ave. • DeLand, FL 32720 • Phone 386.734.0237 • Fax 386.734.0247
850 S. Volusia Ave. • Orange City, FL 32763 • Phone 386.774.2090 • Fax 386.774.2091
101 Southlake Dr. • Orange City, FL 32763 • Phone 386.960.1200 • Fax 386.960.1220
1812 Ridgewood Ave. • Holly Hill, FL 32117 • Phone 386.369.9205 • Fax 386.366.9360
1515 E. Highway 50 • Clermont, FL 34711 • Phone 352.404.0404 • Fax 352.243.2341
24 hr Telephone Banking: 866.734.MAIN (6246)   www.mainstreetcbf.com



Report lost or stolen Debit MasterCards after bank hours at 866.546.8273

2209804
MICHAEL J VERTA III
LAURA BETH LOVE

Date 12/10/20
Account Number
Enclosures

Page        1
XXXXX9884

Thank you for choosing Mainstreet Community Bank of Florida!
Please contact a Customer Service Representative
if you have any questions regarding your statement.

--- CHECKING ACCOUNTS ---

MAINSTREET PLUS CHECKING
Account Number                    XXXXX9884
Previous Balance
    1 Deposits/Credits
   10 Checks/Debits
Service Charge
Interest Paid
Ending Balance

Number of Enclosures                    0
Statement Dates  11/12/20 thru 12/10/20
Days in the statement period          29
Average Ledger
Average Collected
Interest Earned
Annual Percentage Yield Earned
2020 Interest Paid

************************************************************************************

Deposits and Additions
Date    Description                              Amount
11/30   Deposit/Credit      814491362
12/10   Interest Deposit

************************************************************************************

Checks and withdrawals
Date    Description                              Amount

11/17   TRANSFER PER: Mike Verta            5,000.00-

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Payments received by the end of the business day at the address indicated on this statement
will be credited as of that date

FORM NO. VS-1900L/52

973

CS CamScanner

Exhibit Attachment to Motion for Injunctive Relief
60

## Jon Laymon ☆ 


**Jon Laymon**                                                                11/16/2020 10:08 AM

I said I'd be there at 8:30 because they show up at eight. I just turned onto your street at 8:27 when Laura Beth text and said they're not there yet so I turned around got some gas for the gator another equipment came back to the shop. Waiting for Laura Beth to let me know that they're there so I can go talk to them. They still have not shown up yet. Laura Beth is worried about leaving I told her don't worry I will take care of it I will stop in and check in on progress and talk to the guys make sure it's done right


**Mike Verta**                                                                11/16/2020 10:09 AM

That's a serious hassle, but of course I appreciate it beyond words.  I know she wanted to supervise, it's just dragging out and she is nervous about getting the house here ready for the holidays.  We have such problems.

---

**Tue, Nov 17, 2020**


**Mike Verta**                                                                11/17/2020 08:23 AM

Did the second check from unicorp show up? It's been a week.

If not, don't do anything just let it ride


**Mike Verta**                                                                11/17/2020 08:31 AM

Oh, and Tracy just transferred you $5,000

---

**Wed, Nov 18, 2020**

Exhibit Attachment to Motion for Injunctive Relief
61

# 7th Payment



# Exhibit I

Exhibit I.

```
 7        [ Is it not true that -- that at least portions
 8     of the existing project were trucked from California to
 9     your shop in Florida?
10        A.   Yes.
11        Q.   And do you know why that was done?
12        A.   I do not.
13        Q.   Did you -- was it Mr. Verta's decision to do
14     that?
15        A.   Yes.
16        Q.   Do you know why he decided to do that?
17        A.   I do not, no.
18        Q.   Did you ever express an opinion as to whether
19     it was necessary to do that?
20        A.   Yes.
21        Q.   And what was your opinion?
22        A.   Don't do that.
23        Q.   And did you express that to Mr. Verta before,
24     before the materials were moved to Florida?
25        A.   Yes.

                                          Page 25
```

```
 1        Q.   And why did you think it was not a good idea to
 2     move it to Florida?
 3        A.   Honestly, it was a waste of time.  You can take
 4     photos and measurements and scan it.  It was an
 5     unnecessary move, in my opinion.
 6        Q.   Do you recall Mr. Verta's response when you
 7     expressed that opinion to him?
 8        A.   Not really.
 9        Q.   Okay.
10        A.   I know he was insistent. ]
```

Creating the necessary conditions for accurately analyzing,
surveying, and reconstructing objects is Mr. Verta's expertise,
not Mr. Laymon's; however, in multiple videos in evidence,
filmed during the process, Mr. Laymon repeatedly
endorsed the disassembly and admitted, "We've been thinking
about how to do it since August."  He further elaborates,
"I've demoed this, packed it, loaded it in the truck three
different ways already." (In his mind, in preparation.)

Exhibit Attachment to Motion for Injunctive Relief

# Exhibit J

**Exhibit J.**

```
14          [ At some point in time, did Mr. Verta tell you
15      that Brigitte Poublon, the owner of the Disneyland
16      project, had terminated Mr. Verta's involvement in the
17      project?
18          A.   Yes.
19          Q.   Do you recall when you learned that?
20          A.   I believe he told me on his birthday, on or
21      around June?  I feel bad.  I'm sorry.  I don't remember
22      his birthday.  It's the 20th.  I remember it falls on
23      Father's Day every now and then.
24          Q.   Okay.  And what did he -- what did Mr. Verta
25      tell you about that?

                                              Page 39
```

```
1           A.   He said -- to the best of my recollection, he
2       said Brigitte canceled the project.
3           Q.   Do you recall anything else he said in that
4       context?
5           A.   No.
6           Q.   Do you recall him saying anything about
7       Brigitte wanting to have somebody else, local in LA,
8       complete the project?
9           A.   Yes.
10          Q.   And what did he tell you about that?
11          A.   He told me that nobody else is going to do that
12      project but him.
13          Q.   Did he tell you why?
14          A.   No.
15          Q.   Did he ask you to help him further with the
16      project?
17          A.   No.
18          Q.   After you went out to LA the third time and
19      marked off the new foundation, did he ever ask you for
20      further assistance on the project?
21          A.   No. ]
```

Exhibit Attachment to Motion for Injunctive Relief

**There is no evidence to support the assertion that Mr. Verta said this. Further, Mr. Laymon lied about not having several prolonged conversations with Mr. Verta regarding the canceling of Disneyland. Below are several excerpts from conversations between Mr. Laymon and Mr. Verta, speculating who might be taking over the project and how they must be unable to accomplish it without the proper references.**

 **Jon Laymon** 



**Mike Verta**        6/17/2022 08:18 AM

A few days before she flipped out on the Disney project, Brigitte asked me to send her pictures of all the buildings and stuff, to "brag on me" to John Stamos and Daniel, who was in town. Shortly after that, she says she knows somebody who can do it and flips out. Suddenly Daniel comes out of nowhere after years and gives us this job, and makes no mention of, "Hey, how's Disney going? Last week I saw what you were working on." In fact, if he saw what I was working on, he would know I wasn't available because of Disney. Unless he already knew I *would* be available. I don't like coincidences.

**Jon Laymon**        6/17/2022 08:23 AM

I thought about that the minute you said she has somebody. I said she went back and asked daniel to do it. But Mike, I know daniel, and he would turn that down out of respect. But I'm not gonna lie that did cross my mind, but daniel doesn't have anybody to do that. The only person in his arsenal of people would be me and he would've called me and asked about Disney if Brigitte offered it to him I know in my heart he would have asked me any information if he was involved at all. My mind went to the guy who did the concrete that he might know somebody in the field that makes models or buildings or who is handy and crafty

**Mike Verta**        6/17/2022 08:27 AM

Tyler and I were talking for an hour last night about it. He thinks Bobby knows absolutely nothing about any of it. He also knows that literally nobody in the universe can do Disney but me - we have the buildings, and there aren't references enough to do it otherwise. And it would take forever, even if you did a shit job. So that leaves putting up a generic Disney, which means it isn't about Bobby, or honoring Bobby, or his family – it would be the biggest, coldest fuck you imaginable. Especially with the real one all ready to go to the next step.

**Jon Laymon**        6/17/2022 08:31 AM

Exactly!
And I bet in Brigitte mind she's thinking a shitty generic Disney because Bobby is so far gone he won't know he'll just be happy with bright shiny things and that'll satisfy him until he dies sounds cold but that's the feeling that I'm getting from what I hear about Brigitte

I just got an email from Ass Abloy asking where is c 

**Mr. Laymon's text regarding the cancelation upon Mr. Verta being contacted by the first of Ms. Poublon's attorneys:**



**Mr. Laymon's text expressing incredulity at Ms. Poublon's claims:**





**Jon Laymon**                                                    7/5/2022 04:34 PM

I just now saw that text, so have you spoken to the lawyers or your lawyers spoke to them?

Also on another totally unrelated note. We just sat down to have dinner with Indian food and it is insanely hot! Very good!



**Mike Verta**                                                    7/5/2022 04:36 PM

They Zoomed me 2 weeks ago – Brigitte had told them nothing had ever been done on the project – that she'd seen no materials, that she'd never been updated on anything. That basically we'd just taken 400k and left.



**Jon Laymon**                                                    7/5/2022 04:37 PM

Wow



**Mike Verta**                                                    7/5/2022 04:40 PM

So obviously as soon as I started screensharing all the renders, and emails, and flythroughs, and text messages, and just two years of constant updates they had nothing to say.  They were just watching and listening.

So they left the meeting saying that obviously they were going to need to discuss with Brigitte and get back to me.  But they were clearly and palpably embarrassed.



**Jon Laymon**  shared a file                                     7/5/2022 04:43 PM





**Mike Verta**                                                    7/5/2022 04:43 PM

It was actually pretty brutal.



**Jon Laymon**                                                    7/5/2022 04:45 PM

Well I know you Would have had all your ducks in a row just ready. You're the man



**Mike Verta**                                                    7/5/2022 04:46 PM

Yes literally like 50 things at a mouse click.

# Exhibit K

**Exhibit K.**



```
19
20      Q.   So, Mr. Laymon, if you could look back to
21   Exhibit 6, which is the e-mail, and I'm focusing
22   specifically on Mr. Verta's November 2, 2021, e-mail to
23   Brigitte Poublon.
24      A.   Okay.
25      Q.   So, Mr. Verta, in response to Ms. Poublon's

                                              Page 42
```

```
1   asking for an update, said that Disneyland is made up
2   primarily of six materials, the exterior,
3   weatherproof/waterproof composite called MDO,
4   fiberglass, PVC, acrylic glass, and various metals.
5         Do you have any knowledge as to how Mr. Verta
6   was planning to use those various materials to construct
7   the Main Street project?
8      A.   No.
```

**Mr. Laymon's claim about not knowing how various materials would be used is a lie.  As the fabrication lead, he was intimately involved in all discussions and made numerous guiding suggestions and recommendations.  A brief sampling of some of these conversations appears below:**

○  **Jon Laymon** ☆                                    ◻ ▾  ☎  ⋮  ⟵

Right on donkey Kong

                            Jump to latest  ↓

**Mike Verta**                                          5/2/2021 05:59 PM
So if our master is a long, extra wide column at the maximum height any of the columns ever reach, then if we make them out of resin (won't sag, droop, melt, whatever?) then we can cut the edges like this?

**Jon Laymon**                                          5/2/2021 05:59 PM
We can also texture paint them to give it a sandy surface hiding any crimes that may have occurred in making seems

Why don't we just see and see a big sheet of it out of PVC

That won't SAG shrink nothing will happen to that no mold needed all done



**Mike Verta**  5/2/2021 06:00 PM
Well if we can sandblast for the surface texture, absolutely

**Jon Laymon**  5/2/2021 06:01 PM
Seems kind of ass backwards to see and see a piece of PVC, take a silicone mold, then pour liquid PVC into the mold. I say we do it all out of PVC let's sandblast that see what that does then we can paint that. Or we texture paint it by adding sand into the paint and applying that onto it giving us the texture

**Mike Verta**  5/2/2021 06:01 PM
Let's test that.

**Mike Verta**  Jump to latest ↓  5/4/2021 08:56 AM
Glass etching - like for personalized awards and ornaments and stuff - turns out to be cheap and common. I'm not just talking about the laser kind where they make frosted parts but actually surface cuts. You can bring in glass and artwork and they'll cut it. So I was thinking about some of the Disney windows with writing on them and wondering about doing that to the inside surface and filling it with glass filler paints (turns out that's a thing). The paint just fills the cut areas. What do you think?

**Jon Laymon**  5/4/2021 08:59 AM
We had talked about doing vinyl, or doing vinyl as a stencil and paint, but yeah you could also Edgett



○ **Jon Laymon** ☆                    □◁ ▾  ⚬  ⋮  ←

this one has a one on the box   Jump to latest ↓

I'm on my way to Lowe's stuck in this traffic right now waiting for the sign man to change it to slow so we can all move. Then I have to run to Publix and then pick up Alex anything you need from Lowe's?

Exhibit Attachment to Motion for Injunctive Relief
73



**Mike Verta**  5/6/2021 12:30 PM

Not that I can immediately think of, but maybe you can. If all goes according to plan here we're going to be attaching PVC to our MDO. So in some cases that will be a mechanical connection so maybe we need short screws for that? This would be going through 1/2-in PVC into 1/2-in MDO. In other cases we're talking about planting on PVC to the face of the MDO, so I don't know if that requires a particular adhesive or epoxy or something?

**Mike Verta**  5/6/2021 02:18 PM

I'm about to run the CNC machine on a Disneyland part. Wish us luck.

**Jon Laymon**  5/6/2021 02:19 PM

Fingers crossed, when I get back I'll come down and check it out

---

○ **Jon Laymon** 🌀                                    ☐ ▾  ✂  ⋮  ⟵

groceries

Jump to latest ↓

**Mike Verta**  5/6/2021 06:00 PM

The Emporium main wall face is already 48" high - do we know if the MDO is in fact 49"? If so, that would give us that extra inch to extend upwards.

**Jon Laymon**  5/6/2021 06:06 PM

We can always use Daddo's and make it as wide as we want or use 96 tall 48 wide and have the seam running vertical

**Mike Verta**  5/6/2021 06:06 PM

Okay, just asking.

**Mike Verta**  5/6/2021 07:13 PM

48

If we use it all we'll still be able to protrude into that piece a half inch



**Mike Verta** shared a file                                     5/6/2021 09:08 PM

EMPO_RIBS.mp4
25.1 MB

**Jon Laymon**                                                   5/6/2021 09:14 PM
Love it!!1 inch thick piece of PVC was like 400 bucks FYI

**Mike Verta**                                                   5/6/2021 09:14 PM
Okay well maybe we're really smart about it and we get a whole bunch of shit out of one
sheet or something. We'll really be able to make a cut list once we see everything we need

**Jon Laymon**                                                   5/6/2021 09:15 PM
It could be a half inch thick and then 2 inches wide and that would give us more structure
than a 1 inch thick piece of PVC just saying

You know like turn the 2 x 4 on edge rather than laying flat. 2 inches was an arbitrary
number I'm just throwing out but yes great idea

**Mike Verta**                                                   5/6/2021 09:16 PM
Right. Yeah we can massage it however we want. And just see what kind of room it leaves
us in there and stuff

The next thing I'm doing is I have an idea for how to create that thick piece with one of
the middle layers being hollow more or less so you can run the fiber optic cable from the
front surface holes out the back and you don't have to be exact about where they come
out relative to where they go in. It'll make more sense once I do it

Exhibit Attachment to Motion for Injunctive Relief
75



Jon Laymon

**Jon Laymon**                                        5/10/2021 07:38 AM
Will use this put the sand in and sift a nice coat of sand over top of our primed columns to give it that Sandy stucco look evenly

**Mike Verta**                                        5/10/2021 07:38 AM
For the sand?

**Jon Laymon**                                        5/10/2021 07:38 AM
You got it

**Mike Verta**                                        5/10/2021 07:38 AM
Yeah I was thinking about that actually

That'll be great

**Jon Laymon**                                        5/10/2021 08:07 AM
Do you want to call KNT and just kind of see where they're at

Message

Exhibit Attachment to Motion for Injunctive Relief

 ○ **Jon Laymon** ☆

**Mike Verta**  shared a file                                    5/10/2021 06:13 PM

To be clear, that's not an even line – the windows are higher than the doorway.  But between the balcony and the signs' frames, any seam should be obscured.  Yes?



**Jon Laymon**                                                    5/10/2021 06:14 PM

Correct, and I'm only assuming on either side of the windows would be the stone block look correct with the inner corners being the 90° corners correct?

So that would be doubling up the wood structure around the windows, think of it like four legs on a table



**Mike Verta**  shared a file                                    5/10/2021 06:16 PM

Not sure what you mean but here's some more turned on



Message

---

Exhibit Attachment to Motion for Injunctive Relief

77



**Jon Laymon**

Yes same for stuff to come in contact with food.

Jump to latest ↓

**Jon Laymon**                                    5/12/2021 08:21 AM
Right, for what we need this for it's going to be perfect

**Mike Verta**                                    5/12/2021 08:21 AM
What about half inch acrylic?

**Jon Laymon**                                    5/12/2021 08:21 AM
I was thinking about the roof tiling thing too I got a good idea for all that

What would we need half inch acrylic for?

**Mike Verta**                                    5/12/2021 08:22 AM
I'm cutting the window frames out of a single piece of half inch acrylic. I've got a online training session with Microsoft today because that should easily be within the realm of possibility for the CNC no problem. Then they're just single pieces that slot in.

Mecsoft not Microsoft

The roof tiles thing you don't have to think on anymore that's been checked off the list mentally. Just looking for the right thickness of material that I like but the programs written and I don't have to think on that anymore.

**Mike Verta**                                    5/12/2021 08:25 AM
I only have like three other things to CNC and then I've got a working prototype for 90% of Disneyland.

08:26  All that's left are a few pieces to assemble and mold and a couple which will 3D print and mold. But very quickly coming up on my master approach list which I can retrofit all existing buildings to conform to and build the remaining ones to conform to.

So if you can ask them to prepare a half inch acrylic or polycarbonate or whatever I'll go down there and pick it up because once I'm done with my training today I'm going to cut one of those windows and once that works successfully there are a ton of other pieces

Message

Exhibit Attachment to Motion for Injunctive Relief

○ **Jon Laymon** ☆



**Mike Verta**　　　　　　　　　　　　　　　　　　　　　　5/12/2021 02:08 PM

Those acrylic pieces seem to be on there pretty tight and I'll just let them get rained on a little bit

**Mike Verta** shared a file　　　　　　　　　　　　　　　　　5/12/2021 05:31 PM



**Mike Verta** shared a file　　　　　　　　　　　　　　　　　5/12/2021 06:31 PM

The glass slotted right in



Exhibit Attachment to Motion for Injunctive Relief



**Jon Laymon**

**Mike Verta**                                                   5/13/2021 12:18 PM
However, you don't see them, really.  If you look really close...

They're behind the mesh.  The mesh makes it easy to pass the wires through

we paint them the main wall color.. they disasppear.

And, of course, the CNC pre-drills the holes right through the face off the wall.

I have 10' of 3mm fiber coming in the next day or so so will just test this, but it should
work

**Jon Laymon**                                                  5/13/2021 12:30 PM
👍🏻

**Mike Verta**                                                  5/13/2021 01:29 PM
The .5" Acrylic is still on the CNC, bed, right? If so, can you roughly measure a
containment box around what's been cut out so I know to stay away from that area when
progamming please?

**Jon Laymon**                                                  5/13/2021 01:32 PM
11X16 that's one inch away from the cut out

**Mike Verta**                                                  5/13/2021 01:32 PM
from the Home corner?

**Jon Laymon**                                                  5/13/2021 01:32 PM
Yes. 11 wide 16 long

Message

Exhibit Attachment to Motion for Injunctive Relief



## Jon Laymon

**Mike Verta**                                                    5/13/2021 01:41 PM

The Disneyland letters are .75"  My plan was to do the hollowed-out letters with .125" walls out of the .5" and then put a solid .25" back on them, which is the part with the fiber optic tip holes cut out.  This will require attaching the back .25" solid faces to the hollowed-out fronts.  The contact areas will only be as wide as the walls, which is .125" thick.  Problem?

**Jon Laymon**                                                    5/13/2021 01:42 PM

Won't know until we try one

I don't think it'll be a problem

1/16 thin wall very well could work with the heat of the sun

**Mike Verta**                                                    5/13/2021 01:43 PM

Only doing this way to avoid having to hollow-out the center of the .5" letters.  This way I can just cut them out cleanly and not have to dig the volume out.  But we CAN dig the volume out, of course.

The walls are .125

**Jon Laymon**                                                    5/13/2021 01:43 PM

Warp not work

**Mike Verta**                                                    5/13/2021 01:45 PM

Can have China do them out of aluminum...

if you think .125 will warp, I'd rather not waste the material trying.

**Jon Laymon**                                                    5/13/2021 01:46 PM

It might not because it's only going to be a half inch tall it's worth a try do the D only

**Jon Laymon**                                                    5/13/2021 01:51 PM

Message



○ **Jon Laymon** ☆

**Mike Verta**                                                5/16/2021 12:49 PM
Going to hobble my ass over to [Jump to latest] bit; run some tests.

**Mike Verta**  shared a file                                 5/16/2021 05:39 PM
The first prototype window backing is out

Mon, May 17, 2021

**Jon Laymon**                                                5/17/2021 07:36 AM
It looks great man
Tuesday I bought two pieces of steel at $412. Today I bought the same piece of steel this time I only purchased one piece at $271

**Jon Laymon**                                                5/17/2021 07:50 AM
Just so you know I used to pay two dollars a foot so this piece would regularly cost me

Message



○ **Jon Laymon** ☆

Well that's good news

Jump to latest ↓

**Mike Verta**  shared a file                    5/20/2021 03:41 PM

**Jon Laymon**                                    5/20/2021 03:42 PM
What!!!

Is that one piece?

**Mike Verta**                                    5/20/2021 03:42 PM
No

It's three layers of quarter inch

The hole in the middle layer is bigger so the glass is trapped inside but the top of that
middle layer is open so you can slide it in and out but I also made a little patch piece for it
that slides down in

Message

# Exhibit L

**Exhibit L.**

```
1    asking for an update, said that Disneyland is made up
2    primarily of six materials, the exterior,
3    weatherproof/waterproof composite called MDO,
4    fiberglass, PVC, acrylic glass, and various metals.
5          Do you have any knowledge as to how Mr. Verta
6    was planning to use those various materials to construct
7    the Main Street project?
8        A.   No.
9        Q.   To the best of your knowledge, had Mr. Verta
10   ever worked with MDO in creating themed environments
11   prior to Disneyland?
12       A.   No.
13       Q.   Same question with respect to fiberglass?
14       A.   No.
15       Q.   And you're answering no, that to your knowledge
16   he had not worked with those materials; correct?
17       A.   Correct.
18       Q.   Same question with respect to PVC?
19       A.   No.
20       Q.   Acrylic?
21       A.   No.
22       Q.   Glass?
23       A.   No.
24       Q.   And metal?
25       A.   No.
```

Page 43

**Mr. Laymon's statement that Mr. Verta hadn't worked with such common materials was knowingly false.**

Exhibit Attachment to Motion for Injunctive Relief




Mr. Verta's R2-D2 is comprised of aluminum, PVC, acrylic, steel, and resin







Mr. Verta's TARDIS is comprised of MDF, fiberglass,
aluminum, PVC, acrylic, steel, glass, brass, and resin




Exhibit Attachment to Motion for Injunctive Relief















Exhibit Attachment to Motion for Injunctive Relief

# Exhibit M

**Exhibit M.**

> 9       The first entry from November of 2019,
> 10   $9,722.49, payment to Power Equipment Direct for an
> 11   Ingersoll Rand compressor for a CNC machine.  Do you
> 12   know what that is a reference to?
> 13      A.   Yes.  Mike bought a compressor.
> 14      Q.   And he bought it for the purpose of using it
> 15   with a CNC machine?
> 16      A.   I don't know why he bought it.  You'd have to
> 17   ask him.

**Mr. Verta knew nothing about compressors at the time. Mr. Laymon specified what he wanted and informed Mr. Verta which model to order:**







Here Mr. Laymon details precisely how he sees the Disneyland deposit money being spent: Compressor, roll-up doors, "other miscellaneous stuff."

| 18 | Q. | Do you know where that compressor is today? |
| 19 | A. | Yes. |
| 20 | Q. | Where is it? |
| 21 | A. | It's at my house. |
| 22 | Q. | In your shop? |
| 23 | A. | Yes. |
| 24 | Q. | Do you use it? |
| 25 | A. | Yes. |

Page 57

| 1 | Q. | Do you own it? |
| 2 | A. | Yes. |
| 3 | Q. | How did you come to own it? |
| 4 | A. | Because it was an offset for money that Mike |
| 5 | owes me. | |

**Mr. Laymon has produced no documents, emails, texts, RingCentral messages or communications of any kind to substantiate this claim. Texts reveal Mr. Verta was exclusively in the practice of "fronting" Mr. Laymon money, not owing him.**

```
 6        Q.   Okay.  The next two entries referred to
 7   purchase of a CNC machine from Laguna Tools, Inc.  It
 8   looks like a total purchase price of $62,500.
 9            First of all, do you know what a CNC machine
10   is?
11        A.   Yes.
12        Q.   To your knowledge, do you know what CNC stands
13   for?
14        A.   Computer -- cutting.  Computer neato cutting
15   machine.
16        Q.   And is that machine also still in your shop?
17        A.   Yes.
18        Q.   And do you use it?
19        A.   Yes.
20        Q.   And you own it?
21        A.   Yes.
22        Q.   And you own it because, again, it was an offset
23   for amounts that Mr. Verta otherwise owed you?
24        A.   Yes.
```

**Mr. Laymon had knowledge of and suggested the purchase of a CNC machine.  With respect to his claim that Mr. Verta owed him money, Mr. Laymon has produced no documents, emails, texts, RingCentral messages or communications of any kind to substantiate this claim.**

 **Jon Laymon**                                        10/22/2019 11:59 AM

We need a CNC machine, I've been figuring out so many things better ways of doing things and it's so much easier to draw picture have you do it on the computer have the machine cut it out then it just snaps into place it's going to stand this industry on it's fucking ear

The photo that I sent is only about 50% visual compared to if you're standing in the room, the way how he placed the six lights directly above each window you don't even need to have them lit it totally sealed up that room in feels fantastic in there now

The way how I placed the six lights not he

Exhibit Attachment to Motion for Injunctive Relief
93



**Mike Verta**                                   10/22/2019 12:01 PM

Yeah, I know we need a CNC.  I know it.  Really wild to see those things on the wall.  Think he'll like them?

```
1        Q.   Okay.  The next entry is for a computer model
2   -- excuse me -- a computer monitor and cable for
3   Matthews paint system.  Are you familiar with that item?
4        A.   Yes.
5        Q.   And what is that?
6        A.   That was a computer that Mike wanted to have
7   for mixing paint formulas.
8        Q.   Do you know -- oh, so the next entry where it
9   says computer and industrial waterproof keyboard, to the
10   best of your understanding, the monitor and the
11   computer, the payment to Best Buy and Amazon went
12   together for the same computer system?
13        A.   Yes.  That's something, I believe, Mike
14   purchased.
15        Q.   Do you know where that computer and monitor are
16   today?
17        A.   Yes.
18        Q.   Are they in your shop?
19        A.   Yes, still untouched.
20        Q.   It's not something you use?
21        A.   No.  You don't use a computer to mix paints.
22        Q.   And to your knowledge, who owns that computer
23   and monitor?
24        A.   Mike?  I don't know.  I mean, it's on my
25   property.  It's been there forever.
```

Page 60

Mr. Verta did not know what the Matthews Paint System was.  Mr. Laymon requested purchasing one as he had experience with it and found it to be of high quality. The system works by accessing paint formulas from a special database via computer, and then mixing individual hues to obtain the formulated color.



Mr. Laymon trains on the system with the Matthews representative while Mr. Verta conferences in from Los Angeles.



The individual hues of paint in the mixing station. Mr. Laymon continues to use this system to this day, literally "using a computer to mix paints."



18    Q.   The next entry is for a power grid isolation
19  transformer, about $750.  Is that in the shop today?
20    A.   No.
21    Q.   Do you know where that is?
22    A.   I do not.
23    Q.   Was it ever in the shop, to your knowledge?
24    A.   I do not know.  I'm not sure what that is, to
25  be honest with you.

                                         Page 59

**Mr. Laymon is aware of what the power isolation transformer is and he is still in possession of it.**

○  **Jon Laymon**  ☆            □◁ ▼  ℅  ⋮  ⑦  ←

     Ha, awesome        Jump to latest ↓

JL  **Jon Laymon**                        7/3/2020 01:30 PM
     OK walk me through how to turn mother on I'm up here

🎸  **Mike Verta**                        7/3/2020 01:31 PM
     I pulled the hospital power isolation transformer plug out of the wall.
     That's the white one. That needs to be plugged back in

     Then you need to hit and hold the power button on the battery
     backup, which is made by cyberpower. You have to hold that for about
     a second till it beeps

JL  **Jon Laymon**                        7/3/2020 01:32 PM
     Ok

🎸  **Mike Verta**                        7/3/2020 01:32 PM
     Then you just have to hit the power button on the side of the top
     piece on mother

     It's a little square white button

Exhibit Attachment to Motion for Injunctive Relief

