JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE POUBLON and BRIGITTE & BOBBY SHERMAN CHILDREN'S FOUNDATION, a California nonprofit public benefit corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL VERTA, JONATHAN LAYMON, and DOES 1 through 20,<br><br>    Defendants. | Case No. 2:23-cv-03236-HDV-SK<br><br>**JUDGMENT** |

1
JUDGMENT

The Court, pursuant to the stipulation for entry of judgment submitted herein by plaintiffs Brigitte Poublon ("Poublon") and Brigitte & Bobby Sherman Children's Foundation, through their counsel of record, on the one hand, and defendant Michael Verta ("Verta"), *in pro per*, on the other hand, and good cause appearing therefor,

ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. Poublon's First Cause of Action for Fraud against Verta is dismissed with prejudice.

2. Poublon's Third Cause of Action for Negligence Against Verta is dismissed with prejudice.

2. Judgment is entered on Poublon's Second Cause of Action for Breach of Contract in favor of Poublon, and against Verta, in the principal amount of Three Hundred Seventy Thousand Dollars ($370,000).

DATED: 6/5/24

_____
Hernán D. Vera
United States District Judge